# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCOTT KELLY HANSEN, | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-cv-36-JMS-WGH |
| FEDERAL BUREAU OF PRISONS, D LOCKETT, et al., | ) |
| Defendants. | ) |

## Entry Directing Further Proceedings

The plaintiff=s request to proceed *in forma pauperis* must be **supplemented** to supply sufficient information to determine whether he is eligible for that status. A prisoner who has filed at least three suits or appeals that are frivolous, malicious, or fail to state a claim is ineligible to proceed *in forma pauperis* and must prepay all fees unless in imminent physical danger. 28 U.S.C. ' 1915(g); *see Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008). This barrier may be avoided only if a plaintiff alleges a physical injury that is imminent or occurring at the time the complaint is filed, where the threat or prison condition causing the physical injury must be real and proximate. *Ciarpaglini v. Saini,* 352 F.3d 328, 330 (7th Cir. 2003) (citing *Lewis v. Sullivan,* 279 F.3d 526, 529 (7th Cir. 2002), and *Heimermann v. Litscher,* 337 F.3d 781 (7th Cir. 2003).

As *Ammons* demonstrates, a court does not always have complete information regarding a litigant=s prior Astrikes@ in this regard. Accordingly, A[a] litigant who knows that he has accumulated three or more frivolous suits or appeals must alert the court to that fact.@ *Id.* (citing *Sloan v. Lesza,* 181 F.3d 857, 858-59 (7th Cir. 1999)). **The plaintiff shall have through April 10, 2012, in which to supplement his motion to proceed** *in forma pauperis* **by identifying his prior** Astrikes.@

**IT IS SO ORDERED.**

Date: 03/08/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Scott Kelly Hansen
40835-060
Terre Haute - USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808